*William F. Gallagher,* in support of the cross petition.

Decided November 29, 2000

---

ROBERT DESALLE, SR. *v.* GUSTAF T. APPELBERG ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 60 Conn. App. 386 (AC 18774), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*David M. Wallman*, in support of the petition.

*Stanton H. Lesser*, in opposition.

Decided November 29, 2000

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.